146 EAST 52ND STREET CORPORATION, Respondent, v CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Appellant.—Appeal from order of the Supreme Court, New York County, entered April 20, 1977, unanimously dismissed as nonappealable. The respondent shall recover of the appellant $40 costs and disbursements of this appeal. Were we to entertain the appeal

on the merits, we would affirm. Concur—Kupferman, J. P., Birns, Fein and Markewich, JJ.; Silverman, J., concurs in the result only.